ACCEPTED
06-15-00042-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
7/7/2015 12:04:28 PM
DEBBIE AUTREY
CLERK

NO. 06-15-0042-CR
06-15-0043-CR
06-15-0044-CR
06-15-0045-CR
06-15-0046-CR

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
7/7/2015 12:04:28 PM
DEBBIE AUTREY
Clerk

| | | |
|---|---|---|
| RICHARD DARBY III,<br>      Appellant | §<br>§<br>§ | ON APPEAL FROM THE |
|  | § | 102nd JUDICIAL DISTRICT |
| VS. | §<br>§ | |
| STATE OF TEXAS,<br>      Appellee | §<br>§ | COURT OF BOWIE COUNY<br>TEXAS |

## MOTION TO EXTEND TIME FOR FILING STATE'S BRIEF

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the State of Texas by and through her below named Criminal District Attorney and for its Motion for Belated Filing of Appellee's Brief states as follows:

### I.

1. This case is pending from the 102nd Judicial District of Bowie County, Texas.

2. The case is styled State of Texas v. Richard Darby III, Cause Nos. 14F98-102, 14F133-102, 14F179-102, 14F252-102, and 14F180-102.

3. Appellant pled guilty to the charges of Evading Arrest with a Motor Vehicle, three charges of Aggravated Robber, and Theft $1500-$20,000. The Appellant requested

the jury assess his punishment on the five charges. This appeal stems from the Appellant's trial on punishment. The jury assessed punishment at 10 years on the Evading Arrest, 45 years on each of the Aggravated Assaults, and 2 years on the Theft charge.

4. Appellant's Brief was filed on June 4, 2015, making the State's Brief originally due on or about July 6, 2015.

5. The State has not previously requested an extension of time for filing a brief.

7. Appellee has now completed Appellee's brief, and requests leave of this Court for the belated filing of the same. Appellee's completed brief is filed simultaneously with this Motion.

## II.

The Brief was not timely prepared in this matter due to the press of the business, both trial and appellate. Said business includes, but is not limited to, the following since Appellant's brief was filed:

- Preparation of the State's brief in Kevin Fahrni v. State of Texas, 06-14-00148-CR, which was due on June 17, 2015.

- Preparation for the pre-trial docket in the 5th District Court on June 15, 2015.

- In addition to the aforementioned work matters, the attorney for the State handling this appeal was out of the country on vacation from June 4-13, 2015.

- Preparation of the State's brief in Reginald Reece v. State of Texas, 6-14-00192-CR, which was filed on June 22, 2015.

- Pre-trial meetings and preparation for the trial of State of Texas v. Delbert Sisemore, Aggravated Robbery, Burglary of Habitation, Possession of a Controlled Substance, during the week of June 22, 2015. Trial was held on June 30-July 1, 2015.

- Preparation and attendance at the pre-trial and trial dockets in the 5th District Court on June 29, 2015.

III.

This motion is made in good faith and not for purposes of delay.

**PRAYER**

WHEREFORE, on the bases of Rule 73 rule of the Texas Rules of Appellate Procedure, the State respectfully requests this court to grand the Motion for Extension of Time for the filing of the State's Brief.

Respectfully submitted,

__/s/ Lauren N. Sutton_____
LAUREN N. SUTTON
Texas Bar No. 24079421
601 Main Street
Texarkana, TX 75501

ASSISTANT DISTRICT ATTORNEY

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Motion to Extend Time for Filing State's Brief was forwarded to Mr. Troy Hornsby counsel for Appellant, on this the 7th day of July, 2015.

__/s/ Lauren N. Sutton_____
LAUREN N. SUTTON